# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2023 KW 1335

VERSUS

ABRAM HOPKINS                                    **FEBRUARY 26, 2024**

---

In Re:     Abram Hopkins, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 01-11-0101.

---

**BEFORE:     THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a file-stamped copy of the application for postconviction relief, the state's answer, if any, the commissioner's report, the district court's October 19, 2021 ruling, the transcript of the guilty plea proceeding, pertinent district court minutes, and any other portion of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

                          MRT
                          AHP
                          HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT